**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:68-CV-663 (WLS) |
| | : | |
| THE BOARD OF EDUCATION OF | : | |
| CRISP COUNTY, GEORGIA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is a Motion for Unitary Status and Dismissal With Prejudice (Doc. 33), filed by the Plaintiff in this case, the United States of America, on February 9, 2026. Therein, the United States moves the Court to declare Defendant, the Board of Education of Crisp County, Georgia ("the District") unitary, dissolve all remaining injunctions against the District, and dismiss this case with prejudice. (Doc. 33). The Motion states that while counsel for the United States conferred with counsel from the District some time ago, counsel has been unable to obtain a position from the District on the issue of dismissal. (*Id.* ¶ 14).

Based on the long history of this case and the complexity of the legal issues involved, a response from the District on the instant Motion is necessary. Therefore, the District is **ORDERED** to file a response to the United States' Motion for Unitary Status and Dismissal With Prejudice (Doc. 33) **within twenty-one (21) days** of the entry of this Order, or **by no later than Thursday, March 5, 2026**.

**SO ORDERED**, this 12th day of February 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1